**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **CRESCENT RESOURCES, LLC,** *et al.*, | : | **Case No. 09-11507 (CAG)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

-----------------------------------------------------------------x

**FIRST AMENDMENT TO PLAN SUPPLEMENT IN SUPPORT**
**OF THE DEBTORS' REVISED SECOND AMENDED JOINT PLAN OF**
**REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

This is the first amendment (the "First Plan Supplement Amendment") to the supplement [Docket No. 935] (the "Plan Supplement") to the Revised Second Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code, dated March 31, 2010 [Docket No. 880] (the "Plan")[1] of Crescent Resources, LLC ("Crescent Resources"), its parent Crescent Holdings, LLC ("Crescent Holdings") and their affiliated debtors as debtors and debtors in possession (collectively, "Crescent" or the "Debtors") filed in accordance with the Plan.[2] **The documents contained in this First Plan Supplement Amendment are integral to and are hereby made part of the Plan and, if the Plan is approved, shall be approved in the order confirming the Plan.**

PLEASE TAKE NOTICE that a hearing to consider confirmation of the Plan (and in conjunction therewith, approval of this Plan Supplement) (the "Confirmation Hearing") shall be held on **May 20, 2010 and May 21, 2010, each day beginning at 9:00 a.m. (prevailing Central Time)**, before the Honorable Craig A. Gargotta, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of Texas, 903 San Jacinto, Courtroom No. 1, Austin, Texas, 78701.  The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date(s) at the Confirmation Hearing or any continued hearing.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Plan.

[2] A list of the Debtors in these chapter 11 cases is attached hereto as Exhibit A.  Please take notice that Rim Golf Investors, LLC does not appear on Exhibit A because such entity has been withdrawn from the Debtors' proposed Plan.

PLEASE TAKE FURTHER NOTICE that the Debtors, subject to the terms of the Plan, reserve the right to alter, amend, modify or supplement any document in this First Plan Supplement Amendment.

Dated:  May 3, 2010
        Austin, Texas

/s/ Eric J. Taube

Eric J. Taube (19679350)
Mark C. Taylor (19713225)
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone:  (512) 472-5997
Facsimile:  (512) 472-5248

Martin A. Sosland (18855645)
Lydia T. Protopapas (00797267)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777

Marcia L. Goldstein (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## <u>FIRST PLAN SUPPLEMENT AMENDMENT DOCUMENTS</u>

**Please note that only the amended, modified, and new Exhibits to the Plan Supplement are included in this First Plan Supplement Amendment**

<u>EXIT FINANCING DOCUMENTS</u>
Exhibit C (amended to correct title):    Second Lien Facility Term Sheet

<u>CONTRACT RELATED DOCUMENTS</u>
Exhibit D (amended and modified):    Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Section 11.1 of the Plan