# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| CRESCENT RESOURCES, LLC , *et al.*, | § | Case No. 09-11507 (CAG) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## NOTICE OF EFFECTIVE DATE OF ORDER CONFIRMING THE DEBTORS' REVISED SECOND AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (AS MODIFIED)

**TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "Confirmation Order") confirming the Debtors' Revised Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as Modified), dated May 24, 2010 (the "Plan"), of Crescent Resources, LLC ("Crescent Resources") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),[1] was entered by the Honorable Craig A. Gargotta, United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of Texas (the "Bankruptcy Court") on May 24, 2010 [Dkt. No. 1069]. Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that copies of the Confirmation Order, the Plan, and the related documents, are available at http://crescent-resourcesinfo.com or the Bankruptcy Court's website at www.txwb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on June 9, 2010.

---

[1] A list of the Debtors in these Chapter 11 Cases, and subject to the terms of this Order, is attached hereto as Exhibit A. Rim Golf Investors, LLC does not appear on Exhibit A because such entity has been withdrawn from the Plan. Please further note that Hampton Ridge Developers, LLC; Club Villas Developers, LLC; Brooksville East Developers, LLC; Hawk's Haven Developers, LLC; and Hawk's Haven Golf Course Community Developers, LLC do not appear on Exhibit A, because the hearing with respect to confirmation of the Plan as it pertains to such Debtors has been continued pursuant to that certain *Order Granting Debtors' Motion to Continue Confirmation of Debtors' Revised Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code with Respect to Certain Debtors*, dated May 20, 2010 [Docket No. 1061].

PLEASE TAKE FURTHER NOTICE that, as of the Effective Date of the Plan, the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Equity Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan.

PLEASE TAKE FURTHER NOTICE that the following Persons shall serve on the Litigation Trust Board: R. Perry Overstreet, on behalf of, HCH; Lawrence M. Throneburg, III, on behalf of, Rim Chaparral Pines Real Estate Services, LLC; Robert L. Shults, Jr., on behalf of, Honors Golf; and Thomas Hornbaker, on behalf of, WorldWest Limited Liability Company.

### Injunction

**PLEASE TAKE FURTHER NOTICE that the Plan contains an injunction which prevents, among other things, any holder of any Claim or Equity Interest or any other party from directly or indirectly commencing or continuing, in any manner, any action or other proceeding of any kind against the Debtors, the Reorganized Debtors, or certain other parties, enforcing judgments related to such Claims or Equity Interests, asserting rights of setoff, recoupment or subrogation, or interfering in any way with the Plan. In addition, except as provided in the Plan, the Debtors and the Reorganized Debtors have no liability for any Claim or Equity Interest in the Debtors that are cancelled or terminated under the Plan or which arose prior to the Effective Date of the Plan (other than for payments provided to be made under the Plan).**

### Rejection of Executory Contracts and Unexpired Leases

PLEASE TAKE FURTHER NOTICE that Section 11.1 of the Plan provides that all executory contracts and unexpired leases that exist between the Debtors and any Person or Entity shall be deemed rejected by the Debtors as of the Effective Date, except for any executory contract or unexpired lease (i) that has been assumed, assumed and assigned, or rejected pursuant to an order of the Bankruptcy Court entered on or before the Effective Date, (ii) as to which a motion for approval of the assumption, assumption, and assignment, or rejection has been filed and served prior to the Confirmation Date, (iii) that is an indemnification obligation described in Section 11.6 of the Plan, or (iv) that is specifically designated as a contract or lease to be assumed on Schedule 11.1.

If you are not a counterparty to an executory contract or unexpired lease (i) that has been assumed, assumed and assigned, or rejected pursuant to an order of the Bankruptcy Court entered on or before the Effective Date, (ii) as to which a motion for approval of the assumption, assumption, and assignment, or rejection has been filed and served prior to the Confirmation Date, (iii) that is an indemnification obligation described in Section 11.6 of the Plan, or (iv) that is specifically designated as a contract or lease to be assumed on Schedule 11.1, as amended or supplemented, your executory contract or unexpired lease has been rejected as of the Effective Date.

Pursuant to the Confirmation Order, all proofs of claim relating to the rejection of executory contracts or unexpired leases pursuant to the Plan are required to be filed with the

Bankruptcy Court and served upon the Debtors' Court-appointed claims agent, The Garden City Group, Inc., if by regular mail, at The Garden City Group, Inc., Attn: Crescent Resources, LLC, P.O. Box 9388, Dublin, Ohio 43017-4288, or if by overnight delivery, at The Garden City Group, Inc., Attn: Crescent Resources, LLC, 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017, if by overnight delivery, no later than thirty (30) days after the later of (i) the date of service of this Notice of the Effective Date, (ii) notice of modification to Schedule 11.1 (solely with respect to the party directly affected by such modification), or (iii) the date of service of notice of such later rejection date that occurs as a result of a dispute concerning amounts necessary to cure any defaults (solely with respect to the party directly affected by such rejection). All such Claims not filed within such time will be forever barred and shall not be enforceable against the Debtors or the Reorganized Debtors, or their properties or interests in property as agents, successors, or assigns. Each such proof of claim shall be an original, shall substantially conform to the proof of claim form previously approved by the Court or Official Form No. 10, shall be duly executed and written in the English language, shall set forth the Debtors' names and the chapter 11 case numbers, and shall set forth all amounts claimed therein in United States dollars.

## Administrative Expense Claims Bar Date

PLEASE TAKE FURTHER NOTICE that the holder of an Administrative Expense Claim, other than (i) a Claim covered by Sections 2.2, 2.3, or 2.4 of the Plan, (ii) a Claim pursuant to section 503(b)(9) of the Bankruptcy Code, (iii) a liability incurred and payable in the ordinary course of business by a Debtor (and not past due), or (iv) an Administrative Expense Claim that has been Allowed on or before the Effective Date, must file with the Bankruptcy Court and serve on (i) the Debtors or the Reorganized Debtors, as applicable, 400 South Tryon, Suite 1300, Charlotte, North Carolina 28285 (Attn: Kevin H. Lambert); (ii) Weil, Gotshal & Manges LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201 (Attn: Martin A. Sosland, Esq. and Michelle V. Larson, Esq.), counsel for the Debtors or the Reorganized Debtors, as applicable; (iii) Hohmann, Taube & Summers, L.L.P., 100 Congress Avenue, Suite 1800, Austin, Texas 78701 (Attn: Eric J. Taube, Esq.), co-counsel for the Debtors or the Reorganized Debtors, as applicable; and (iv) the Office of the United States Trustee for the Western District of Texas, 903 San Jacinto Blvd., Suite 230, Austin, Texas 78701 (Attn: Henry G. Hobbs, Esq.); notice of such Administrative Expense Claim on or prior to August 8, 2010 (the "Administrative Expense Claim Bar Date"). Such notice must include at a minimum (A) the name of the Debtor(s) that are purported to be liable for the Claim, (B) the name of the holder of the Claim, (C) the amount of the Claim, and (D) the basis for the Claim. Failure to file and serve such notice timely and properly will result in the Administrative Expense Claim being forever barred and discharged.

## Final Fee Applications

PLEASE TAKE FURTHER NOTICE that all applications for final allowance of compensation for services rendered or reimbursement of expenses incurred through and including the Confirmation Date under sections 328 and 330 of the Bankruptcy Code or applications for allowance of Administrative Expense Claims arising under section 503(b)(2), 503(b)(3), 503(b)(4), or 503(b)(5) of the Bankruptcy Code shall be due on or before on or before August 8, 2010.

Dated: June 9, 2010
      Austin, Texas

/s/ Martin A. Sosland
Eric J. Taube (19679350)
HOHMANN, TAUBE & SUMMERS, L.L.P
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248

-and-

Martin A. Sosland (18855645)
Lydia T. Protopapas (00797267)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

-and-

Marcia L. Goldstein (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR REORGANIZED
DEBTORS AND DEBTORS IN
POSSESSION

# EXHIBIT A

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|---|---|---|
| 1. | Crescent 210 Barton Springs, LLC | 4379 |
| 2. | Cornerstone Plaza, LLC | No EIN applicable |
| 3. | Crescent Holdings, LLC | 3626 |
| 4. | Crescent Resources, LLC | 3582 |
| 5. | 1780, LLC | 2277 |
| 6. | 223 Developers, LLC | 4927 |
| 7. | Ballantyne Properties, LLC | 1507 |
| 8. | Bartram Crescent Development, LLC | 4449 |
| 9. | Black Forest on Lake James, LLC | 1855 |
| 10. | Bridgewater Lakeland Developers, LLC | 0831 |
| 11. | Camp Lake James, LLC | 2407 |
| 12. | Carolina Centers, LLC (N.C. entity) | 3470 |
| 13. | Carolina Centers, LLC (Del. entity) | 4729 |
| 14. | Chaparral Pines Investors, L.L.C. | 1077 |
| 15. | Chaparral Pines Management, L.L.C. | 6788 |
| 16. | Chapel Cove at Glengate, LLC | 7243 |
| 17. | Citall Development, LLC | 3633 |
| 18. | Clean Water of NC, LLC | 3582 |
| 19. | CLT Development, LLC | 3851 |
| 20. | Club Capital, LLC | 7989 |
| 21. | Club Enterprises, LLC | 3831 |
| 22. | Colbert Lane Commercial, LLC | 2983 |
| 23. | Crescent Communities N.C., LLC | 0306 |
| 24. | Crescent Communities Realty, LLC | 2410 |
| 25. | Crescent Communities SC, LLC | 0305 |
| 26. | Crescent Lakeway, LLC | 3926 |
| 27. | Crescent Lakeway Management, LLC | 4072 |
| 28. | Crescent Land & Timber, LLC | 9013 |
| 29. | Crescent Multifamily Construction, LLC | 42507 |
| 30. | Crescent Potomac Greens, LLC | No EIN applicable |
| 31. | Crescent Potomac Plaza, LLC | No EIN applicable |
| 32. | Crescent Potomac Properties, LLC | No EIN applicable |
| 33. | Crescent Potomac Yard Development, LLC | No EIN applicable |
| 34. | Crescent Potomac Yard, LLC | No EIN applicable |
| 35. | Crescent Realty Advisors, LLC | No EIN applicable |
| 36. | Crescent Realty, LLC | 4004 |
| 37. | Crescent River, LLC | 6365 |
| 38. | Crescent Rough Hollow, LLC | 4882 |
| 39. | Crescent Seminole, LLC | 8302 |
| 40. | Crescent Southeast Club, LLC | 5725 |
| 41. | Crescent Twin Creeks, LLC | 0190 |

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|---|---|---|
| 42. | Crescent Yacht Club, LLC | 0942 |
| 43. | Crescent/Arizona, LLC | 3582 |
| 44. | Crescent/Florida, LLC | No EIN applicable |
| 45. | Crescent/Georgia, LLC | No EIN applicable |
| 46. | Crescent/RGI Capital, LLC | 6151 |
| 47. | Falls Cove Development, LLC | 22241 |
| 48. | FP Real Estate One, L.L.C. | 6646 |
| 49. | Grand Haven Developers, LLC | 1286 |
| 50. | Grand Woods Developers, LLC | 5005 |
| 51. | Green Fields Investments, LLC | 3582 |
| 52. | Gulf Shores Waterway Development, LLC | 6844 |
| 53. | Hammock Bay Crescent, LLC | No EIN applicable |
| 54. | Hampton Lakes, LLC | 3538 |
| 55. | Hawk's Haven Joint Development, LLC | 0337 |
| 56. | Hawk's Haven Sponsor, LLC | 0376 |
| 57. | Headwaters Development Limited Partnership | 9149 |
| 58. | Hidden Lake Crescent, LLC | 4587 |
| 59. | Joint Facilities Management, LLC | 7638 |
| 60. | Lake George Developers, LLC | 4965 |
| 61. | LandMar Group, LLC | 3538 |
| 62. | LandMar Management, LLC | 3540 |
| 63. | Lighthouse Harbor Developers, LLC | 1128 |
| 64. | May River Forest, LLC | 9262 |
| 65. | May River Golf Club, LLC | 0952 |
| 66. | McNinch-Hill Investments, LLC | 3378 |
| 67. | Milford Estates, LLC | 3582 |
| 68. | New Riverside, LLC | 1349 |
| 69. | Nine Corporate Centre Holding Company, LLC | No EIN applicable |
| 70. | North Bank Developers, LLC | 7731 |
| 71. | North Hampton, LLC | 3544 |
| 72. | North River, LLC | 7701 |
| 73. | Old Wildlife Club, LLC | 2072 |
| 74. | Oldfield, LLC | 1481 |
| 75. | Osprey Development, LLC | 9515 |
| 76. | Palmetto Bluff Club, LLC | 4599 |
| 77. | Palmetto Bluff Development, LLC | 1383 |
| 78. | Palmetto Bluff Investments, LLC | No EIN applicable |
| 79. | Palmetto Bluff Lodge, LLC | 0969 |
| 80. | Palmetto Bluff Real Estate Company, LLC | 4124 |
| 81. | Palmetto Bluff Uplands, LLC | No EIN applicable |
| 82. | Panama City Development, LLC | 2207 |
| 83. | Park/Marsh, LLC | 3331 |
| 84. | Parkside Development, LLC | 4819 |

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|---|---|---|
| 85. | Piedmont Row Development, LLC | 0566 |
| 86. | Portland Group, LLC | 1461 |
| 87. | River Paradise, LLC | 0831 |
| 88. | Roberts Road, LLC | 8601 |
| 89. | Sailview Properties, LLC | 3836 |
| 90. | Seddon Place Development, LLC | 1566 |
| 91. | Springfield Crescent, LLC | 6970 |
| 92. | StoneWater Bay Properties, LLC | 3379 |
| 93. | Stratford on Howard Development, LLC | 7491 |
| 94. | Sugarloaf Country Club, LLC | 1688 |
| 95. | Sugarloaf Properties, LLC | 2808 |
| 96. | Sugarloaf Realty, LLC | 8817 |
| 97. | The Farms, LLC | 4921 |
| 98. | The Oldfield Realty Company, LLC | 1481 |
| 99. | The Parks at Meadowview, LLC | 5366 |
| 100. | The Parks of Berkeley, LLC | 1670 |
| 101. | The Point on Norman, LLC | 3958 |
| 102. | The Ranch at the Rim, LLC | 3378 |
| 103. | The Reserve, LLC | 2753 |
| 104. | The Retreat on Haw River, LLC | 4124 |
| 105. | The River Club Realty, LLC | 5750 |
| 106. | The River Country Club, LLC | 5742 |
| 107. | The Sanctuary at Lake Wylie, LLC | 3582 |
| 108. | Trout Creek Developers, LLC | 0536 |
| 109. | Tussahaw Development, LLC | 0184 |
| 110. | Twin Creeks Holdings, Ltd. | 7903 |
| 111. | Twin Creeks Management, LLC | 0188 |
| 112. | Twin Creeks Operating Co., L.P. | 2789 |
| 113. | Twin Creeks Property, Ltd. | 2531 |
| 114. | Two Lake Pony Farm, LLC | 4680 |
| 115. | Winding River, LLC | 0280 |