**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:

TXCO Resources Inc.　　　　　　　CASE NO. 09-51807-RBK
　　　　　　　　　　　　　　　　　CHAPTER 11
**DEBTOR**

**CHAPTER 11 POST-CONFIRMATION REPORT**
**FOR THE QUARTER ENDING**　　06/30/10

1.　　　　X　　Quarterly　　　　　Final (check one)

2. **SUMMARY OF DISBURSEMENTS:**

| | | |
|---|---|---|
| A. Disbursements* made under the plan (itemize on page 4) | $ | 36,225,141 |
| B. Disbursements not under the plan | $ | 5,431,414 |
| Total Disbursements | $ | 41,656,555 |

*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING QUARTERLY FEES

3.　Has the order confirming plan become final?　　　X　Yes　　　No
4.　Are Plan payments being made as required under the Plan?　X　Yes　　　No
5.　If "No", what Plan payments have not been made and why?
Please explain: _____

6.　If plan payments have not yet begun, when will the first plan payment be made?　_____ (Date)

7.　What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?　　02/11/10　(Date)

8.　Please describe any factors which may materially affect your ability to obtain a final decree at this time.
_____

9.　Complete the form for Plan Disbursements attached.
10.　**CONSUMMATION OF PLAN:**
　　A. If this is a final report, has an application for Final Decree been submitted?
　　　　Yes　Date application was submitted　_____
　　　X　No　Date application was submitted　_____
　　B. Estimated Date of Final Payment Under Plan　　30-Sep-10

INITIALS _____
DATE _____
UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ Albert S. Conly_　　　　　DATE: 8/9/10
(PRINT NAME)

IN RE:
**Debtor Name**
TXCO Resources Inc.

**CASE NO.**
09-51807-RBK

| CASH RECEIPTS AND DISBURSEMENTS | Current Quarter 2 Q 2010 | Month of Apr-10 | Month of May-10 | Month of Jun-10 |
|---|---:|---:|---:|---:|
| **CASH-BEGINNING OF QUARTER/MONTH** | $ 71,101,157.52 | $ 71,101,157.52 | $ 65,537,181.82 | $ 33,335,569.52 |
| **RECEIPTS** | | | | |
| Operating Receipts (A/R, Revenue & Other) | $ 4,553,647.10 | $ 1,116,287.14 | $ 1,019,007.54 | $ 2,418,352.42 |
| **TOTAL RECEIPTS** | $ 4,553,647.10 | $ 1,116,287.14 | $ 1,019,007.54 | $ 2,418,352.42 |
| **DISBURSEMENTS** | | | | |
| Payroll and Benefits | $ 274,584.26 | $ 121,173.31 | $ 90,240.22 | $ 63,170.73 |
| Office Rent | $ 155,006.71 | $ 66,058.94 | $ 67,331.61 | $ 21,616.16 |
| Insurance | $ 94,748.94 | $ 48,168.53 | $ 31,280.63 | $ 15,299.78 |
| Financial and Legal Expenses - Recurring | $ 51,353.54 | $ 32,986.04 | $ 67.50 | $ 18,300.00 |
| U.S. Trustee Fees | $ 43,333.88 | $ 32,999.45 | $ 10,334.43 | $ - |
| Ad Valorem & Severance Taxes | $ 212,631.16 | $ 28,543.04 | $ 5,306.92 | $ 178,781.20 |
| Bank Fees | $ 4,686.46 | $ 17.48 | $ 2,132.16 | $ 2,536.82 |
| Other Operating Expenses | $ 300,323.57 | $ 121,359.47 | $ 85,404.05 | $ 93,560.05 |
| Lease Operating Expenses | $ 637,367.63 | $ 251,597.74 | $ 223,255.70 | $ 162,514.19 |
| Capital Expenditures | $ 241,686.09 | $ 235,186.44 | $ 6,499.65 | $ - |
| Professional Fees | $ 2,775,178.44 | $ 1,823,112.30 | $ 562,160.41 | $ 389,905.73 |
| Total Distributions | $ 36,225,140.90 | $ 3,616,388.54 | $ 32,073,986.03 | $ 534,766.33 |
| Misc. Cash Outflows (incl Revenue Distribution) | $ 640,513.64 | $ 302,671.56 | $ 62,620.53 | $ 275,221.55 |
| **TOTAL DISBURSEMENTS**** | $ 41,656,555.22 | $ 6,680,262.84 | $ 33,220,619.84 | $ 1,755,672.54 |
| NET CASH FLOW | $ (37,102,908.12) | $ (5,563,975.70) | $ (32,201,612.30) | $ 662,679.88 |
| **CASH-END OF QUARTER** | $ 33,998,249.40 | $ 65,537,181.82 | $ 33,335,569.52 | $ 33,998,249.40 |

**This figure should equal Total Disbursements, Item 2, Summary of Disbursements

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING: 06/30/10

|  | April-10 | May-10 | June-10 | TOTAL |
|---|---|---|---|---|
| Bank Balance | $ 71,295,838.14 | $ 66,781,333.14 | $ 46,712,706.46 | $ 46,712,706.46 |
| Deposit in Transit | $ - | $ - | $ - | $ - |
| Outstanding Checks | $ (194,680.62) | $ (1,244,151.32) | $ (13,377,136.94) | $ (13,377,136.94) |
| Adjusted Balance | $ 71,101,157.52 | $ 65,537,181.82 | $ 33,335,569.52 | $ 33,335,569.52 |
| Beginning Cash-Per Books | $ 71,101,157.52 | $ 65,537,181.82 | $ 33,335,569.52 | $ 71,101,157.52 |
| Receipts | $ 1,116,287.14 | $ 1,019,007.54 | $ 2,418,352.42 | $ 4,553,647.10 |
| Checks/Other Disbursements | $ (6,680,262.84) | $ (33,220,619.84) | $ (1,755,672.54) | $ (41,656,555.22) |
| Ending Cash-Per Books | $ 65,537,181.82 | $ 33,335,569.52 | $ 33,998,249.40 | $ 33,998,249.40 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

|  | April-10 | May-10 | June-10 | Total |
|---|---|---|---|---|
| Beginning Cash | $ 71,101,157.52 | $ 65,537,181.82 | $ 33,335,569.52 |  |
| Total Receipts | $ 1,116,287.14 | $ 1,019,007.54 | $ 2,418,352.42 | $ 4,553,647.10 |
| Total Disbursements | $ (6,680,262.84) | $ (33,220,619.84) | $ (1,755,672.54) | $ (41,656,555.22) |
| Ending Cash | $ 65,537,181.82 | $ 33,335,569.52 | $ 33,998,249.40 |  |

IN RE:
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| JAMES E SIGMON | | | $ 4,840,027.09 | |
| Q1 2010 TAX PAYMENT | | | $ 2,650,000.00 | |
| ALLIS CHALMERS ENERGY, INC. | | | $ 2,472,142.76 | |
| THOMAS ENERGY SERVICES, LLC D/B/A THOMAS TOOLS | | | $ 1,330,202.48 | |
| CORNERSTONE E&P COMPANY, LP. | | | $ 1,255,825.11 | |
| GARY GRINSFELDER | | | $ 1,044,567.91 | |
| WEATHERFORD INTERNATIONAL, INC. | | | $ 1,029,303.13 | |
| PATTERSON-UTI DRILLING COMPANY LLC | | | $ 1,010,000.00 | |
| WTG GAS MARKETING, INC. | | | $ 717,632.12 | |
| STANDARD TUBE COMPANY | | | $ 640,896.50 | |
| THE TERRACE AT CONCORD PARK | | | $ 550,208.01 | |
| RICHARD A. SARTOR | | | $ 455,107.55 | |
| HORIZONTAL CO. | | | $ 429,015.85 | |
| CONTINENTAL RESOURCES | | | $ 416,180.53 | |
| M. FRANK RUSSELL | | | $ 413,655.73 | |
| APACHE CORPORATION | | | $ 406,206.36 | |
| SMITH INTERNATIONAL, INC. | | | $ 398,466.42 | |
| MTZ VACUUM SERVICES | | | $ 352,320.09 | |
| NATIONAL OILWELL VARCO, NATIONAL OILWELL DHT LP, REED HYCALOG LP, MD TOTCO, NOV BRANDT, | | | $ 337,567.19 | |
| ROBERT E LEE, JR. | | | $ 310,346.98 | |
| BJ SERVICES COMPANY, U.S.A. | | | $ 305,495.94 | |
| GATE GUARD SERVICES, LLC. | | | $ 261,995.49 | |
| BIG TEX MUD CO., A SOLE PROPRIETORSHIP | | | $ 260,000.00 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF HEBBRONVILLE LONE STAR | | | $ 248,890.88 | |
| GYRODATA INCORPORATED | | | $ 235,302.77 | |
| LUBBOCK NATIONAL BANK | | | $ 232,310.35 | |
| MARY E BLACK | | | $ 229,521.81 | |
| CORPUS CHRISTI ELECTRIC COMPANY, INC. | | | $ 229,488.24 | |
| FLETCHER, SHERRY L | | | $ 224,596.75 | |
| MO-VAC SERVICE CO. OF ALICE | | | $ 222,266.43 | |
| LOCHAUSEN, MARSHALL E | | | $ 217,229.61 | |
| TASCO TOOL SERVICES | | | $ 205,523.20 | |
| HALLIBURTON ENERGY SERVICES, INC. | | | $ 188,609.38 | |
| FEDERAL TAXES - CHANGE IN CONTROL PAYMENT | | | $ 185,165.66 | |
| BAKER HUGHES OILFIELD OPERATIONS, INC. D/B/A BAKER ATLAS, BAKER OIL TOOLS & HUGHES CHRISTENSEN | | | $ 175,209.73 | |
| PAUL W PITTS | | | $ 174,576.41 | |
| FMC TECHNOLOGIES COMPANY | | | $ 166,042.30 | |
| MULTI-CHEM GROUP, LLC | | | $ 162,451.95 | |
| CARTER, STEPHEN P | | | $ 161,734.81 | |
| ACID & CEMENTING SERVICE, INC. | | | $ 153,803.65 | |
| MO-VAC SERVICE CO. INC. | | | $ 152,563.45 | |
| ROMANS, BARBARA A | | | $ 152,139.62 | |
| TANMAR RENTALS, LLC. | | | $ 149,967.05 | |

IN RE:
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| TEXAS HOT SHOT, LLC. | | | $ 147,690.89 | |
| MESA SAFETY SERVICES | | | $ 146,720.96 | |
| FRANK LEMKOWITZ | | | $ 142,959.31 | |
| RACHEL B KELLER | | | $ 141,559.82 | |
| COBB, CRAIG C | | | $ 137,864.27 | |
| NYLAND, LEONARD G | | | $ 131,656.71 | |
| EXPRO AMERICAS, INC. | | | $ 128,426.87 | |
| MANGUM'S OILFIELD SERVICES, LT. | | | $ 120,367.70 | |
| WILMOT SUPERVISION LTD | | | $ 109,120.72 | |
| WOOD GROUP LOGGING SERVICES, INC. | | | $ 108,002.20 | |
| 3-S SERVICES | | | $ 107,368.49 | |
| GRAEF, EUGENE S | | | $ 105,926.18 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF 4H OILFIELD SERVICES | | | $ 104,695.83 | |
| SUNDOWN ENERGY, LP | | | $ 104,019.43 | |
| FRANK'S CASING CREW & RENTAL | | | $ 100,695.71 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF ENERGY PUMPING SPECIALTIES INC | | | $ 98,932.96 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF APEX PETROLEUM ENGINEERING INC | | | $ 98,860.55 | |
| MATTHEW MCHAZLETT TRANSPORT | | | $ 98,482.41 | |
| PRECISION GAS WELL TESTING, L.P. | | | $ 95,934.69 | |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPIRIT COMPLETION FLUIDS LTD | | | $ 95,388.37 | |
| SCOTT DOUGLAS & MCCONNICO, LLP. | | | $ 94,342.87 | |
| DOWNING WELLHEAD EQUIPMENT, INC. C/O PORTER, ROGERS, DAHLMAN & GORDON | | | $ 94,292.53 | |
| TIM'S WELDING, LLC. | | | $ 93,743.73 | |
| STEPHENSON, NANCY S | | | $ 93,629.78 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF NORPAC CONTROLS LTD | | | $ 92,705.68 | |
| DURBIN, GAYE | | | $ 92,274.18 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF IHS GLOBAL INC | | | $ 90,932.98 | |
| THE THREE GARCIAS L.L.C D/B/A MODERN CRANE SERVICE | | | $ 89,787.99 | |
| STOCKTON, CHALIE E | | | $ 89,548.62 | |
| MIDWAY OILFIELD CONSTRUCTORS INC | | | $ 88,525.06 | |
| RPS JDC INC. | | | $ 88,361.20 | |
| PETROSPEC ENGINEERING, LTD. | | | $ 87,745.37 | |
| FIBERSPAR LINEPIPE, LLC | | | $ 87,695.70 | |
| MCGUIRE INDUSTRIES, INC | | | $ 87,350.43 | |
| HERNANDEZ, MIKE H | | | $ 86,249.02 | |
| PROPANE ENERGY, LTD. | | | $ 83,477.01 | |
| YOUNG, STEPHEN R | | | $ 83,170.01 | |
| PARMA, CHRISTOPHER F | | | $ 80,459.12 | |
| EASTERN OIL WELL SERVICE COMPANY | | | $ 79,768.36 | |
| EQUIPMENT DEPOT | | | $ 79,294.88 | |
| ALEJANDRO MEDINA | | | $ 78,582.34 | |
| CHAMPIONS PIPE & SUPPLY, INC. | | | $ 77,114.60 | |
| TABERY, RONALD | | | $ 72,302.08 | |

IN RE:
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| W.W.WIRELINE CO. | | | $ 71,168.88 | |
| CACTUS LEASE SERVICE | | | $ 69,850.09 | |
| INNOVATIVE ENERGY SERVICES,INC | | | $ 69,331.13 | |
| CAPITAL WELL SERVICE, LLC | | | $ 69,245.92 | |
| TRI-STAR WELLHEAD SERVICES | | | $ 68,597.93 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF MCCURDY SERVICES INC | | | $ 65,466.97 | |
| SEABOARD WELLHEAD INC. | | | $ 61,488.42 | |
| TECHMATION ELECTRIC & CONTROLS, LTD. | | | $ 60,710.39 | |
| PASON SYSTEMS USA CORP. | | | $ 60,241.47 | |
| LOOMIS INTERNATIONAL, INC. | | | $ 60,108.19 | |
| ACME TRUCK LINE, INC. | | | $ 57,661.33 | |
| ANDERS, LELAN | | | $ 57,578.75 | |
| LIDE INDUSTRIES, LLC. | | | $ 57,500.00 | |
| TOP NOTCH ENERGY SERVICES, INC. | | | $ 56,814.86 | |
| ERCO | | | $ 56,210.13 | |
| TIFFANY SCHAFER | | | $ 55,982.67 | |
| BERNAL, JUAN M | | | $ 54,172.71 | |
| ENERCOM INC | | | $ 52,743.94 | |
| SHAEFFER, WILLIAM C | | | $ 52,671.20 | |
| HBK RESOURCES, LTD. | | | $ 51,568.92 | |
| UNISON DRILLING, INC | | | $ 50,546.58 | |
| RATHOLE DRILLING, INC | | | $ 50,130.78 | |
| S. TEXAS AGGREGATES, INC. | | | $ 49,817.52 | |
| PIPE MOVERS INC. D/B/A PMI STEEL PIPE | | | $ 49,262.34 | |
| ANTONIO MARTINEZ | | | $ 49,103.10 | |
| GREENE'S ENERGY GROUP | | | $ 46,312.96 | |
| NATIONWIDE CAPITAL FUNDING, INC. | | | $ 45,954.28 | |
| BROWN & JOHNSON | | | $ 44,269.01 | |
| LIBSON, LANA L | | | $ 42,081.54 | |
| S I ELECTRICAL, INC. | | | $ 41,631.46 | |
| VELASQUEZ, JUAN | | | $ 40,361.85 | |
| J.F. RALSTON CO., INC. | | | $ 38,784.24 | |
| FERNANDO ALVAREZ DBA MAVERICK WELDING | | | $ 38,348.45 | |
| ODESSA PUMPS & EQUIPMENT, INC | | | $ 37,249.18 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF PETRIS TECHNOLOGY INC | | | $ 37,126.27 | |
| FRANCIS DRILLING FLUIDS LTD | | | $ 36,777.86 | |
| DCAF, INC | | | $ 36,542.65 | |
| CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF ARROW OILFIELD SERVICES | | | $ 35,280.02 | |
| NEWFIELD MID-CONTINENT | | | $ 34,622.22 | |
| GOLDMAN, SACHS & CO. | | | $ 34,602.84 | |
| FIRST A-1 ELECTRIC, INC | | | $ 34,461.06 | |
| CAMERON INTERNATIONAL CORPORATION | | | $ 34,176.17 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF HATFIELD & COMPANY | | | $ 31,795.88 | |

IN RE:
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| STEELE, ERIC C | | | $ 31,592.29 | |
| OKONKWO, ONOCHIE | | | $ 31,550.00 | |
| ROMANOS, IDALIA | | | $ 31,550.00 | |
| BIO TECH INC. | | | $ 30,824.74 | |
| EXLP OPERATING LLC | | | $ 30,357.15 | |
| STABIL DRILL SPECIALTIES LLC | | | $ 29,758.33 | |
| AGGREKO, LLC | | | $ 29,327.69 | |
| EMMA BENAVIDEZ | | | $ 29,240.94 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF MULTI-SHOT LLC | | | $ 28,852.06 | |
| PATTERSON RENTAL TOOLS | | | $ 28,741.42 | |
| FOREST OIL CORPORATION | | | $ 28,530.70 | |
| TRANSZAP, INC. | | | $ 28,388.54 | |
| GORDON, ARATA, MCCOLLAM, DUPLANTIS & EAGAN, LLP | | | $ 27,408.19 | |
| TEXAS SOUTHERN CRANE SERVICES, LLC. | | | $ 27,401.19 | |
| SPECIALTY RENTAL TOOLS & SUPPLY, LLC FKA SCHOONER PETROL SERVICES | | | $ 27,285.51 | |
| ACE TRANSPORTATION, LLC | | | $ 27,114.05 | |
| TOTAL PRODUCTION SERVICES, INC. | | | $ 26,567.18 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF C C AMERICAN OILFIELD LLC | | | $ 25,928.14 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF DELTA GULF RENTAL TOOL CO | | | $ 25,583.21 | |
| C & D ROOFING, CO. | | | $ 25,569.13 | |
| DR. MICHAEL AND RUTH KELLER | | | $ 25,106.73 | |
| FLORES, PAUL G | | | $ 25,094.81 | |
| ZANETTI, MICHAEL A | | | $ 24,062.13 | |
| LISA VASQUEZ | | | $ 22,006.13 | |
| ROXE ANN JORDAN | | | $ 21,881.49 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF ADVANCED HYDROSTATIC SERVICES LLC | | | $ 21,729.25 | |
| SALAZAR, ARCELIA | | | $ 20,748.49 | |
| TEXSTAR COMPRESSION LP | | | $ 20,506.30 | |
| SATELLITE SHELTERS, INC. | | | $ 20,339.31 | |
| DUNNAM WIRELINE SERVICE, INC. | | | $ 20,283.40 | |
| STACHOWITZ, BETH A | | | $ 19,981.69 | |
| SCHAVE, SAMANTHA | | | $ 19,775.01 | |
| COMPRESSCO FIELD SERVICES, INC. | | | $ 19,744.77 | |
| PREMIUM CONNECTION SERVICES | | | $ 19,641.35 | |
| CINCO LAND AND EXPLORATION INC. | | | $ 19,461.15 | |
| MCDONALD, TOMMY JOY | | | $ 19,192.97 | |
| NIGHTHAWK OILFIELD SERVICES CO. | | | $ 18,702.29 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF WESTECH INDUSTRIAL LTD | | | $ 18,530.10 | |
| D & D SWABBING, LLC | | | $ 18,471.00 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF MUDLOGGING COMPANY USA, LP | | | $ 17,910.10 | |
| J-W WIRELINE COMPANY | | | $ 17,826.56 | |
| C&J SPEC-RENT SERVICES, INC. | | | $ 17,691.25 | |
| DEHOYOS, OSCAR | | | $ 17,620.52 | |

IN RE:
Debtor Name
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| JACOBI, KARA | | | $ 17,226.30 | |
| CDM RESOURCE MGMT., LLC. | | | $ 17,178.40 | |
| INTER-AMERICAN OIL WORKS, INC. | | | $ 16,952.53 | |
| COT OIL TOOL INC. | | | $ 16,704.11 | |
| DRU-CHEM, INC. | | | $ 16,621.08 | |
| SCHLUMBERGER TECHNOLOGY CORPORATION | | | $ 16,571.14 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF K & E SERVICES | | | $ 16,270.69 | |
| ISIDRO MOLINA | | | $ 16,235.73 | |
| PIONEER OILFIELD TRUCKING, INC. | | | $ 16,234.57 | |
| WHIPP OIL TOOLS INC | | | $ 16,083.53 | |
| REDS SATELLITE SERVICES CORP. | | | $ 15,834.69 | |
| PLO'S OIL & GAS SERVICES LP | | | $ 15,589.42 | |
| DOLPHIN PETROLEUM L.P. | | | $ 14,841.50 | |
| JAMES A WHITSON, JR. | | | $ 14,812.47 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF STRIDE WELL SERVICE INC | | | $ 14,781.14 | |
| AUSTIN & DENHOLM INDUSTRIAL SALES INC. | | | $ 14,626.83 | |
| SUPERIOR TUBING TESTERS, L.P. | | | $ 14,456.35 | |
| R.P.S. CEMENTING COMPANY LLC | | | $ 14,433.68 | |
| TEXPART CO. | | | $ 14,303.54 | |
| TRABARR PARTNERS, LTD. | | | $ 14,242.81 | |
| TEXAS ENERGY SERVICES, LLC. | | | $ 14,000.00 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF DAVID SLENTZ DBA AWDM SERVICE | | | $ 13,865.78 | |
| TURBECO, INC. D/B/A SPIDLE TURBECO | | | $ 13,813.44 | |
| MENDOZA, RODRIGO | | | $ 13,671.67 | |
| STRATALOG | | | $ 13,656.36 | |
| PEARSALL MACHINE SHOP | | | $ 13,607.13 | |
| OROZCO'S INC. | | | $ 13,378.18 | |
| FORTH, ROBERT D | | | $ 13,365.89 | |
| SUPREME VACUUM SERVICES, INC | | | $ 13,053.30 | |
| COX PAVING COMPANY | | | $ 12,859.10 | |
| QUICK LINE SERV. CO. | | | $ 12,841.01 | |
| T&S BITS & RENTAL SERVICE | | | $ 12,467.19 | |
| ELY AND ASSOCIATES INC | | | $ 12,455.51 | |
| NEW CENTURY FINANCIAL, INC. ASSIGNEE OF LIN'S COMPLETION FLUIDS, INC. | | | $ 12,450.00 | |
| J & J EXCAVATING MINERALS COMPANY, A TEXAS CORPORATION | | | $ 12,155.20 | |
| EXXON MOBIL | | | $ 11,918.08 | |
| ROXANNA G. RODRIQUEZ | | | $ 11,825.12 | |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF TAC TRUCKING | | | $ 11,799.75 | |
| ALDAPE, ENRIQUE | | | $ 11,757.63 | |
| AMERICUS PIPE TESTERS CO. | | | $ 11,730.65 | |
| FLATROCK COMPRESSION, LTD | | | $ 11,653.10 | |
| J. RANDALL PATTERSON | | | $ 11,649.29 | |
| MARTINEZ, MARIO | | | $ 11,484.20 | |

IN RE:
Debtor Name
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| V P SALES & COMPANY, L.P. | | | $ 11,290.90 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF R & B OILFIELD SERVICES | | | $ 11,278.99 | |
| HOLT CAT | | | $ 11,251.60 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF SOUTH TEXAS MACHINE SHOP | | | $ 11,182.13 | |
| FAIR HARBOR CAPITAL, LLC AS ASSIGNEE OF TEJAS TRANSPORT COMPANY, LLC | | | $ 11,135.94 | |
| LINER SHOES, INC. | | | $ 11,003.19 | |
| J&R VALLEY OILFIELD SERV, INC | | | $ 10,982.11 | |
| CLEMENTS FLUIDS BUFFALO,LTD | | | $ 10,959.27 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF WELLPOINT SYSTEMS INC | | | $ 10,794.40 | |
| BAR T WELDING SERVICE | | | $ 10,682.41 | |
| WILLIAM DOUGLAS DOVE, RPLS | | | $ 10,546.56 | |
| CMS / CREATIVE MARKETING SERVICES LP | | | $ 10,235.37 | |
| RICHARD A SARTOR | | | $ 10,207.87 | |
| VERSA TECH AUTOMATION SERVICES, LLC | | | $ 10,099.15 | |
| NATIONAL TANK COMPANY | | | $ 10,095.11 | |
| GAZELLE TRANSPORTS,LLC | | | $ 10,073.14 | |
| COATS, ROSE, YALE, RYMAN, LEE, PC | | | $ 10,057.81 | |
| ENCORE OPERATING, L.P. | | | $ 9,658.66 | |
| PADGETT STRATEMANN & CO LLP | | | $ 9,447.50 | |
| CENTEX SUPPLY | | | $ 9,401.36 | |
| MORRIS NICHOLS ARSHT & TUNNELL | | | $ 9,368.68 | |
| MOBILE OILFIELD TRUCKING, INC. | | | $ 9,310.97 | |
| DAVIS-LYNCH, INC. | | | $ 9,230.64 | |
| BUFFALO LEASING, INC. | | | $ 9,200.10 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF BULLDOG WIRELINE, INC. | | | $ 9,170.85 | |
| SAGE ENERGY COMPANY | | | $ 9,170.76 | |
| SOUTHERN FLOW COMPANIES, INC. | | | $ 9,074.45 | |
| DP AGGREGATES,LLC | | | $ 9,056.03 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF CORPUS CHRISTI COATING & MACHINE INC | | | $ 8,589.91 | |
| WOOD GROUP ESP, INC. | | | $ 8,532.09 | |
| THRU TUBING SOLUTIONS, INC. | | | $ 8,528.68 | |
| PREMIUM VALVE SERVICES LP | | | $ 8,463.37 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF TREATMENT DESIGNS INC | | | $ 8,426.28 | |
| INDEPENDENT PETROLEUM | | | $ 8,397.78 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF AKIN, DOHERTY, KLEIN & FEUGE, P.C. | | | $ 8,345.29 | |
| HOUSTON SPECIALTY PRODUCTS CO | | | $ 8,301.84 | |
| J-W MEASUREMENT COMPANY | | | $ 8,253.28 | |
| DIAMOND H SERVICE, LLC | | | $ 8,087.06 | |
| RLP GULF STATES, L.L.C. | | | $ 7,972.83 | |
| COFFING EASTMAN, INC DBA SHAMROCK EQUIPMENT RENTAL | | | $ 7,903.80 | |
| BOYD'S BIT SERVICE, INC. | | | $ 7,886.90 | |
| KNIGHT OIL TOOLS, INC. | | | $ 7,867.44 | |
| UVALDE PUMP SERVICE | | | $ 7,711.31 | |

IN RE:
Debtor Name
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| PARKS LEASE AND VACUUM SERVICE, L.P. | | | $ 7,710.25 | |
| BASIN INDUSTRIAL X-RAY | | | $ 7,710.21 | |
| JIM CLARY & ASSOCIATES, INC | | | $ 7,706.89 | |
| PETE DAILEY & ASSOCIATES, INC. | | | $ 7,664.06 | |
| ENERGY CONSTRUCTION, INC. | | | $ 7,549.97 | |
| MILLER ENVIRONMENTAL SERVICES INC. | | | $ 7,473.66 | |
| PROFESSIONAL WIRELINE RENTALS, LLC | | | $ 7,386.78 | |
| ALSTOM POWER INC | | | $ 7,348.06 | |
| KEY ENERGY SERVICES INC | | | $ 7,295.12 | |
| W. L. FLOWERS MACHINE | | | $ 7,276.79 | |
| VALERUS COMPRESSION SERVICES, L.P. | | | $ 7,038.03 | |
| ANTHONY TRIPODO | | | $ 7,011.20 | |
| JACOB ROORDA | | | $ 7,011.20 | |
| DORSAL SERVICES | | | $ 7,000.00 | |
| TEXAS HOT OILERS, INC. | | | $ 6,995.62 | |
| J & J PIPE & SUPPLY, INC. | | | $ 6,986.79 | |
| PRECISION IR, INC. | | | $ 6,920.62 | |
| KELLY PUMP & SUPPLY | | | $ 6,756.32 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF AMEGY BANK OF TEXAS | | | $ 6,662.81 | |
| TIM'S, A SOLE PROPRIETORSHIP | | | $ 6,607.34 | |
| M.C.T., LLC | | | $ 6,568.95 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF WILDBLUE EQUIPMENT | | | $ 6,470.31 | |
| TEXAS CREATIVE | | | $ 6,469.90 | |
| VERN'S ELECTRIC | | | $ 6,397.01 | |
| EL PASO EXPLORATION & PRODUCTION MANAGEMENT, INC., F/K/A EL PASO PRODUCTION OIL & GAS CO. | | | $ 6,326.47 | |
| PELICAN OIL TOOLS, INC. | | | $ 6,319.39 | |
| MYSKA AND VANDERVOORT, LLC | | | $ 6,298.33 | |
| PARTEN OPERATING INC. | | | $ 6,171.47 | |
| MCADA DRILLING FLUIDS INC. | | | $ 6,071.38 | |
| E LYNX TECHNOLOGIES | | | $ 5,909.94 | |
| ENVIRONMENTAL COMPLIANCE ASSOCIATES, INC. | | | $ 5,893.04 | |
| AKIN, GUMP, STRAUSS, HAUER & | | | $ 5,837.17 | |
| B & B INSPECTIONS | | | $ 5,790.27 | |
| HYDRIL COMPANY | | | $ 5,478.28 | |
| CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF DERRICK CORPORATION | | | $ 5,432.55 | |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF BEN CRANE ENTERPRISES LLC | | | $ 5,302.67 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | | | $ 5,252.57 | |
| WARREN & SONS, INC. | | | $ 5,212.10 | |
| YELLOW TANG CAPITAL HOLDINGS AS ASSIGNEE OF APEX HIPOINT LLC | | | $ 5,156.97 | |
| X-CHEM, INC. | | | $ 5,114.84 | |
| BUSINESS WIRE | | | $ 5,102.96 | |
| SAFETY INTERNATIONAL A DXP COMPANY | | | $ 5,036.04 | |
| RODRIGO THERMAL INSUL. BLKTS. | | | $ 4,986.18 | |

**IN RE:**
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| FESCO LTD. | | | $ 4,941.68 | |
| BK JOHNSN GRND CHILDRN TR | | | $ 4,849.58 | |
| A & I WELDING | | | $ 4,820.11 | |
| CADRE CONSTRUCTION OF LOUISIANA, INC. | | | $ 4,704.41 | |
| RIO GRANDE ELECTRIC CO-OP, INC. | | | $ 4,699.81 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF ALL SEASON PEST CONTROL | | | $ 4,693.02 | |
| TORQUED-UP ENERGY SERVICES, INC. | | | $ 4,675.18 | |
| JET SPECIALTY & SUPPLY, INC | | | $ 4,606.57 | |
| COASTAL CHEMICAL CO. LLC | | | $ 4,504.25 | |
| RAY OIL TOOL CO., INC. | | | $ 4,343.28 | |
| ACCURATE DIRECTIONAL SURVEY | | | $ 4,324.86 | |
| ALL TEX LAND SURVEYING | | | $ 4,243.50 | |
| C & K RENTALS | | | $ 4,238.25 | |
| KARRGO FREIGHT LOGISTICS | | | $ 4,146.40 | |
| SPARK ENERGY | | | $ 4,134.28 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF ACE MACHINE & FABRICATION INC | | | $ 4,065.79 | |
| PETRON INDUSTRIES, INC. | | | $ 4,052.98 | |
| SPECIALTY RENTAL TOOLS & SUPPLY, LLC | | | $ 4,027.13 | |
| UVALCO SUPPLY INC. | | | $ 3,992.20 | |
| DOUGHERTY LAW FIRM A PROFESSIONAL CORPORATION | | | $ 3,988.94 | |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF OASIS OUTBACK LLC | | | $ 3,977.15 | |
| CWS CORPORATE HOUSING | | | $ 3,902.87 | |
| FERGUSON BEAUREGARD/LOGIC | | | $ 3,812.38 | |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD | | | $ 3,797.90 | |
| SHELL FLEET | | | $ 3,768.49 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF MEGA LIFT SYSTEMS | | | $ 3,765.14 | |
| MICAR TRANSPORTATION, INC. | | | $ 3,749.82 | |
| H & N TRUCKING COMPANY | | | $ 3,744.87 | |
| HUNT, WALLACE AND ASSOCIATES | | | $ 3,674.03 | |
| JACK WEST CONSTRUCTION LLC | | | $ 3,658.28 | |
| GANDY & SONS, INC. | | | $ 3,626.79 | |
| VAQUERO VACUUM SERVICES L.L.C. | | | $ 3,618.39 | |
| YELLOW TANG CAPITAL HOLDINGS AS ASSIGNEE OF BENCHMARK LOGISTICS INC | | | $ 3,598.70 | |
| M-I L.L.C. | | | $ 3,570.96 | |
| DELL FINANCIAL SERVICES | | | $ 3,533.14 | |
| FULTON AND ZOCH TRUST | | | $ 3,506.43 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF SNILA ENTERPRISES INC AND DIVERSIFIED LENDERS INC | | | $ 3,411.60 | |
| TIRES UNLIMITED, LP | | | $ 3,379.06 | |
| ATT MOBILITY, LLC. | | | $ 3,252.92 | |
| LUKE LUCE | | | $ 3,159.66 | |
| FITZPATRICK, DENNIS B. | | | $ 3,149.17 | |
| PINT, MICHAEL J. | | | $ 3,149.17 | |
| SAMSON RESOURCES COMPANY | | | $ 3,145.60 | |



IN RE:
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| PRESTON LANIER | | | $ 3,065.19 | |
| BOWNE OF DALLAS, INC. | | | $ 3,048.65 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF AMERICAN SALES & SERVICE INC | | | $ 3,032.70 | |
| CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF REM TORQUE-TEST, INC. II | | | $ 3,001.16 | |
| K-3 RESOURCES LP, D/B/A K-3 SERVICES | | | $ 3,000.00 | |
| PREHN & MCBATH, P.C. | | | $ 2,941.85 | |
| VENTURE TRANSPORT, LLC | | | $ 2,932.06 | |
| LANGLEY & BANACK INC. | | | $ 2,851.57 | |
| LYNCH, CHAPPELL & ALSUP | | | $ 2,774.31 | |
| STRAIGHT LINE CONSTRUCTION INC | | | $ 2,771.54 | |
| CIRRUS PRODUCTION CO. | | | $ 2,763.55 | |
| S-CON SERVICES INC. | | | $ 2,762.94 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF UNIFIRST HOLDING LP | | | $ 2,758.21 | |
| WELL TESTING, INC. | | | $ 2,755.52 | |
| BLACKIE'S RENTAL TOOLS & SUPPLY CO. INC. | | | $ 2,696.88 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF SOUTHERN LEASE SERVICE LTD | | | $ 2,617.95 | |
| PIPELINE ACCIDENT PREVENTION | | | $ 2,585.47 | |
| STONE ENERGY CORPORATION | | | $ 2,533.41 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF KENNEDY WIRE & SLING | | | $ 2,439.27 | |
| PRO FIELD SERVICES INC | | | $ 2,378.67 | |
| CYPRESS ENERGY CORPORATION | | | $ 2,347.44 | |
| P & L RENTALS | | | $ 2,345.99 | |
| L.C. VENDING CO., INC. | | | $ 2,339.63 | |
| CECILIA LEWIS JOHNSON | | | $ 2,337.63 | |
| F. PETER ZOCH NONEXEMPT | | | $ 2,337.63 | |
| SOUTHEASTERN ASIAN TRUST | | | $ 2,337.63 | |
| THE CAVINS CORPORATION | | | $ 2,335.63 | |
| UPS COMPLETION FLUIDS | | | $ 2,302.74 | |
| ENTERGY | | | $ 2,229.72 | |
| JESSE J SANCHEZ | | | $ 2,224.73 | |
| K C AG SUPPLY, INC. | | | $ 2,195.28 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF GG VALVE & SUPPLY INC | | | $ 2,134.15 | |
| FIVE J.A.B. HAULING SERVICES | | | $ 2,102.15 | |
| SPUR TRUCKING, L.P. | | | $ 2,099.44 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF MW RENTALS & SERVICES INC | | | $ 2,095.24 | |
| ALICE SOUTHERN EQUIPMENT SERVICE, INC. | | | $ 2,072.11 | |
| OIL & GAS INFORMATION SYSTEMS | | | $ 2,045.38 | |
| CPL RETAIL ENERGY, LLC | | | $ 2,035.82 | |
| TRITON SERVICES | | | $ 2,015.47 | |
| GRIFFITH FORD, INC. | | | $ 1,932.99 | |
| JETBLAST, INC. | | | $ 1,903.67 | |
| M&R OILFIELD REPAIR | | | $ 1,830.59 | |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HUGHES OILFIELD | | | $ 1,788.73 | |

IN RE:
**Debtor Name**
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| GAERTNER LEASING | | | $ 1,761.31 | |
| E. L. FARMER & COMPANY | | | $ 1,757.86 | |
| GAS MEASUREMENT SERVICES, INC. | | | $ 1,747.91 | |
| PERMIAN TRUCKING | | | $ 1,741.28 | |
| UNIFIRST HOLDINGS, L.P. | | | $ 1,732.19 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF ANGIE'S SAFETY & TRAINING | | | $ 1,732.04 | |
| DEVIN RENTAL TOOLS, INC. | | | $ 1,701.31 | |
| JACK CHITTIM INC. | | | $ 1,669.00 | |
| A-Z TERMINAL CORP. | | | $ 1,653.31 | |
| DRILLING INFO, INC. | | | $ 1,566.61 | |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE OF LEE WAYNE CORPORATION | | | $ 1,564.82 | |
| STEPHEN P CARTER | | | $ 1,533.86 | |
| CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF R&V TRANSPORTATION | | | $ 1,526.30 | |
| PETROLEUM COLLEGE INTERNATIONAL INC. | | | $ 1,522.10 | |
| LASSER,INC. | | | $ 1,516.41 | |
| SCIENTIFIC DRILLING INT'L, INC | | | $ 1,509.33 | |
| RIO OILFIELD SUPPLIERS, INC. | | | $ 1,506.31 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF ZAPATA HOTSHOT DBA FALCON FLUIDS | | | $ 1,495.85 | |
| ROBERT E LEE JR | | | $ 1,489.95 | |
| SONORA'S CONSTRUCTION | | | $ 1,469.61 | |
| THOMAS REPROGRAPHICS INC | | | $ 1,437.78 | |
| PIPELINE MEASUREMENT CO, INC | | | $ 1,423.79 | |
| ADVANCE HYDROCARBON CORP. | | | $ 1,405.32 | |
| ISCO INDUSTRIES LLC | | | $ 1,398.45 | |
| KGM SERVICES | | | $ 1,391.93 | |
| AARON LITTLE DBA A & T TRANSPORTATION | | | $ 1,390.88 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF BARRILLEAUX INC | | | $ 1,375.56 | |
| SOUTH TEXAS WELDING | | | $ 1,364.64 | |
| AQUA TRANSFER & ENERGY | | | $ 1,350.99 | |
| GAS MEASUREMENT SERVICES, INC. | | | $ 1,289.78 | |
| JONES OILFIELD SERVICE SUPPLY, LLC. | | | $ 1,282.36 | |
| TW TELECOM | | | $ 1,273.62 | |
| MISSION VACUUM & PUMP TRUCK | | | $ 1,259.67 | |
| WINSHIP RANCH, LTD. | | | $ 1,231.85 | |
| BRECK OPERATING CORP | | | $ 1,173.30 | |
| COASTAL PIPE OF LOUISIANA INC. | | | $ 1,141.04 | |
| FAIR HARBOR CAPITAL LLC AS ASSIGNEE OF CASING SEAL SERVICE CO | | | $ 1,129.76 | |
| CREDITOR LIQUIDITY LP AS ASSIGNEE OF VRV GLOBAL LTD | | | $ 1,102.21 | |
| FLORES TRUCKING | | | $ 1,060.22 | |
| DEE'S HOT SHOT SERVICE | | | $ 1,058.12 | |
| MARY K.BARRETT DBA | | | $ 1,034.03 | |
| CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF AC'S WELDING SERVICES | | | $ 1,023.48 | |
| INTERNATIONAL SAMPLE LIBRARY | | | $ 1,022.66 | |

IN RE:
Debtor Name
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| AMERICAN HOT SHOT SERVICES INC | | | $ 1,022.17 | |
| GECITS DBA IKON FINANCIAL SERVICES AS AUTHORIZED SERVICING AGENT-BANC OF AMERICA & LEASING CAPITAL | | | $ 994.52 | |
| CJ'S HOT SHOT SERVICE | | | $ 990.21 | |
| ORTIZ SRVCS. & COMMUNICATIONS | | | $ 977.21 | |
| UHY,LLP | | | $ 957.49 | |
| BROMLEY GAS MEASUREMENT, INC. | | | $ 923.86 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP AS ASSIGNEE OF GETZ TRUCK SERVICE | | | $ 923.76 | |
| CORPORATION SERVICE COMPANY | | | $ 916.41 | |
| VITEX WIRELINE SERVICES, INC. | | | $ 903.81 | |
| HOWARD WEIL, INCORPORATED | | | $ 899.61 | |
| TRITON WIRELINE SERVICES-I, LT | | | $ 892.26 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF DOUBLE (EE) SERVICE, INC. | | | $ 884.24 | |
| RAMCO OILFIELD SERVICE | | | $ 874.97 | |
| BULLARD INC | | | $ 834.51 | |
| J&J SOLUTIONS | | | $ 808.29 | |
| AT&T | | | $ 787.73 | |
| CLOVE PARTNERSHIP, II LTD | | | $ 783.09 | |
| LINDSAY OIL OPERATIONS | | | $ 781.75 | |
| DAHILL INDUSTRIES, INC. | | | $ 769.61 | |
| THOMAS OPERATING COMPANY,INC. | | | $ 767.44 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP AS ASSIGNEE OF TANK 1 SERVICE LLC | | | $ 734.81 | |
| EXPRESS LEASE SERVICE | | | $ 718.01 | |
| SUPERIOR ENERGY SERVICES LLC | | | $ 703.31 | |
| SHARP PROPANE | | | $ 698.72 | |
| SAREE'S INC. | | | $ 697.73 | |
| WORLDWIDE EXPRESS | | | $ 691.36 | |
| HOUSTON COUNTY ELECTRIC COOP | | | $ 683.31 | |
| FREEMAN DECORATING SERVICES, INC. | | | $ 681.79 | |
| CONNEY SAFETY PRODUCTS | | | $ 677.75 | |
| CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF NEWMAN EQUIPMENT CO INC | | | $ 656.08 | |
| DEL RIO WELDER'S EQUIPMENT INC | | | $ 636.40 | |
| FIVE J.A.B. OILFIELD CONSTRUCT | | | $ 628.02 | |
| R & M OILFIELD SERVICE, LLC | | | $ 619.01 | |
| PREMIERE GLOBAL SERVICE | | | $ 605.97 | |
| SLOPE ELECTRIC COOPERATIVE,INC | | | $ 602.90 | |
| R.L. SERVICES | | | $ 598.34 | |
| BROMLEY GAS MEASUREMENT, INC. | | | $ 589.30 | |
| SENTRY TECHNOLOGIES INC. | | | $ 568.16 | |
| PRECISION TUNE AUTO CARE | | | $ 537.58 | |
| FLUID END SALES INC | | | $ 524.86 | |
| E-STOCK QUOTES INC. | | | $ 523.81 | |
| INDUSTRIAL JANITORIAL SERVICES | | | $ 511.36 | |
| SOUTH TEXAS EQUIPMENT | | | $ 492.53 | |

IN RE:
Debtor Name
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| FLATROCK ENGINEERING AND ENVIRONMENTAL LTD. | | | $ 486.07 | |
| ROBERT W. HAND | | | $ 484.52 | |
| MAGNOLIA S.W.D., LLP | | | $ 454.58 | |
| CHARLES HICKS | | | $ 452.18 | |
| A-1 LOCK & KEY | | | $ 449.84 | |
| MAIN STREET BANK | | | $ 424.93 | |
| CARBON ECONOMY LLC | | | $ 422.36 | |
| WILLIE'S GARAGE | | | $ 412.37 | |
| BUSINESS COFFEE SERVICE INC. | | | $ 411.45 | |
| MYOP | | | $ 409.04 | |
| OPENONLINE, LLC | | | $ 356.90 | |
| EDWIN M. GOLDMAN | | | $ 341.95 | |
| SOUTHERN REFRESHMENT | | | $ 341.11 | |
| ALAMO LUMBER | | | $ 320.70 | |
| PIONEER FISHING&RENTAL SRS LLC | | | $ 320.45 | |
| KINNEY COUNTY LIVESTOCK SHOW | | | $ 314.92 | |
| REBEL TRUCKING LLC | | | $ 314.92 | |
| CPI OFFICE PRODUCTS | | | $ 307.72 | |
| GULF COAST GEOLOGICAL LIBRARY | | | $ 304.42 | |
| BP AMERICA PRODUCTION CO. | | | $ 301.69 | |
| CALCASIEU RENTALS, INC. | | | $ 300.36 | |
| PREMIERE OVERNITE COPY SERVICE | | | $ 297.93 | |
| CORRE OPPORTUNITIES FUND LP AS ASSIGNEE OF K & S THREAD PROTECTOR SERVICE | | | $ 287.20 | |
| VALLEY OILFIELD PRODUCTION | | | $ 284.19 | |
| COMM. AIR INC, | | | $ 284.09 | |
| KNIGHT OFFICE SOLUTIONS | | | $ 272.40 | |
| ANGELO PROPERTIES INC | | | $ 265.54 | |
| SCHAFER, TIFFANY | | | $ 263.18 | |
| EAGLE AUTOMATION CORPORATION | | | $ 257.38 | |
| MISSION COURIER | | | $ 244.06 | |
| PAISLEY CONSULTING, INC. | | | $ 231.96 | |
| LEE GRAPHICS, INC. | | | $ 227.26 | |
| BLACKCREEK WELL SERVICES | | | $ 226.74 | |
| GLEANNLOCH LANDSCAPING AND | | | $ 213.91 | |
| F. PETER ZOCH IV TRUST | | | $ 192.83 | |
| L.F ZOCH TRUST | | | $ 192.83 | |
| J.L. REFRIGERATION,L.P. | | | $ 189.89 | |
| FEDERAL EXPRESS CORP. | | | $ 176.71 | |
| BENAVIDEZ, EMMA | | | $ 175.37 | |
| ENERQUEST OIL& GAS LLC | | | $ 159.40 | |
| SHRED-IT SAN ANTONIO | | | $ 154.31 | |
| UNITED PARCEL SERVICE | | | $ 152.89 | |
| PRESTO BUSINESS CARDS, INC. | | | $ 149.83 | |

IN RE:
Debtor Name
TXCO Resources Inc.

CASE NO.
09-51807-RBK

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS OF CREDITOR | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| ASPEN PUBLISHERS, INC. | | | $ 148.74 | |
| EOG RESOURCES, INC. | | | $ 139.15 | |
| CAMERON EQUIPMENT 1987 INC. | | | $ 135.23 | |
| SAFE SITE INC. | | | $ 124.39 | |
| PRINCESS THREE CORP | | | $ 120.35 | |
| BURLINGTON RESOURCES OIL & GAS | | | $ 114.31 | |
| RANDALL DAVID RAGSDALE | | | $ 113.29 | |
| P2 ENERGY SOLUTIONS, INC. | | | $ 106.69 | |
| SAUL VARELA | | | $ 89.23 | |
| PITNEY BOWES,INC/SUPPLIES | | | $ 88.60 | |
| STINSON ENTERPRISES, INC. | | | $ 85.81 | |
| LONE STAR OVERNIGHT | | | $ 84.59 | |
| LEED ENERGY, LLC | | | $ 75.89 | |
| M. B. ENERGY, LLC | | | $ 69.28 | |
| ARCHER CITY INDEPENDENT SCHOOL DISTRICT | | | $ 67.23 | |
| LS WATERS LLC. | | | $ 63.59 | |
| JOHNSTON AND CLOUD, INC. | | | $ 60.45 | |
| SYLVIA A. FABILA | | | $ 56.38 | |
| KWIK KAR OIL & LUBE | | | $ 53.30 | |
| ROADRUNNER ENERGY, INC. | | | $ 49.17 | |
| MR. CARTENDER, INC. | | | $ 45.10 | |
| ONE CALL SYSTEM, INC. | | | $ 35.17 | |
| JOE WILEY TIDWELL III | | | $ 26.23 | |
| AT&T LONG DISTANCE | | | $ 23.95 | |
| FRANKLIN'S AUTO SERVICE, INC. | | | $ 20.99 | |
| PRINTIT OFFICE SUPPLIERS | | | $ 19.75 | |
| SPARKLETTS A BRAND OF DS | | | $ 15.91 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PLAN PAYMENTS: (report on page 1 and page 2) | | | $ 36,225,140.90 | $ - |